IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LUIS GERARDO HERNANDEZ-SANTANA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CV 316-007 |
| STACEY N. STONE, Warden, | ) ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate currently incarcerated at McRae Correctional Facility in McRae, Georgia, has commenced the above-captioned case pursuant to 28 U.S.C. § 2241 contesting the execution of his sentence of confinement. Petitioner filed a "Motion for Ruling on Petitioner's Habeas Corpus Petition" requesting the Court take judicial action in his case. (Doc. no. 12.) The docket reflects a response to the petition has been docketed in this case, and therefore, the Court will address the petition in its normal course of business. Accordingly, the Court **DENIES** Petitioner's Motion for Ruling. (Doc. no. 12.)

SO ORDERED this 27th day of October, 2016, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA